# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| RICHARD ALLEN PREPARATORY CHARTER SCHOOL, | No. 561 EAL 2015 |
| Respondent | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| SCHOOL DISTRICT OF PHILADELPHIA AND SCHOOL REFORM COMMISSION, | |
| Petitioners | |
| RICHARD ALLEN PREPARATORY CHARTER SCHOOL, | No. 562 EAL 2015 |
| Respondent | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| SCHOOL DISTRICT OF PHILADELPHIA AND SCHOOL REFORM COMMISSION, | |
| Petitioners | |
| WALTER D. PALMER LEADERSHIP LEARNING PARTNERS CHARTER SCHOOL, | No. 563 EAL 2015 |
| Respondent | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| SCHOOL DISTRICT OF PHILADELPHIA AND SCHOOL REFORM COMMISSION, | |
| Petitioners | |

| | |
|---|---|
| DELAWARE VALLEY CHARTER HIGH SCHOOL, | : No. 564 EAL 2015 |
| | : |
| Respondent | : Petition for Allowance of Appeal from : the Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| SCHOOL DISTRICT OF PHILADELPHIA AND SCHOOL REFORM COMMISSION, | : |
| | : |
| Petitioners | : |
| DELAWARE VALLEY CHARTER HIGH SCHOOL, | : No. 565 EAL 2015 |
| | : |
| Respondent | : Petition for Allowance of Appeal from : the Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| SCHOOL DISTRICT OF PHILADELPHIA AND SCHOOL REFORM COMMISSION, | : |
| | : |
| Petitioners | : |
| FOLK ARTS-CULTURAL TREASURES CHARTER SCHOOL, | : No. 566 EAL 2015 |
| | : |
| Respondent | : Petition for Allowance of Appeal from : the Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| SCHOOL DISTRICT OF PHILADELPHIA AND SCHOOL REFORM COMMISSION, | : |
| | : |
| Petitioners | : |
| WAKISHA CHARTER SCHOOL, | : No. 567 EAL 2015 |
| | : |
| Respondent | : |

[561 EAL 2015, 562 EAL 2015, 563 EAL 2015, 564 EAL 2015, 565 EAL 2015, 566 EAL 2015, 567 EAL 2015 and 568 EAL 2015] - 2

|   | : | Petition for Allowance of Appeal from |
|---|---|---|
|   | : | the Order of the Commonwealth Court |
| v. | : | |
|   | : | |
|   | : | |
| SCHOOL DISTRICT OF PHILADELPHIA | : | |
| AND SCHOOL REFORM COMMISSION, | : | |
|   | : | |
| Petitioners | : | |
|   | : | |
| WAKISHA CHARTER SCHOOL, | : | No. 568 EAL 2015 |
|   | : | |
| Respondent | : | |
|   | : | Petition for Allowance of Appeal from |
|   | : | the Order of the Commonwealth Court |
| v. | : | |
|   | : | |
|   | : | |
| SCHOOL DISTRICT OF PHILADELPHIA | : | |
| AND SCHOOL REFORM COMMISSION, | : | |
|   | : | |
| Petitioners | : | |

# **ORDER**

**PER CURIAM**

 **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

 Justice Mundy did not participate in the consideration or decision of this matter.